ABRAHAM STEINAM et al., Appellants, *v.* MOSES STRAUSS, et al., Respondents.

(Argued January 26, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 18, 1892, which affirmed a judgment in favor of defendants, entered upon a decision of the court, on trial at Special Term.

*Alex. Blumenstiel* for appellants.

*Nathaniel Myers* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

CONRAD SIFFLE, JR., et al., Respondents, *v.* ALFRED H. ISHAM, Appellant.

(Argued January 26, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 3, 1891, which affirmed a judgment in favor of plaintiffs, entered upon the report of a referee.

*E. A. Nash* for appellant.

*Homer Weston* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.